No. 85–1432. DAVIS v. CITY OF ROSWELL, GEORGIA, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 85–1438. CHARLOTTE MEMORIAL HOSPITAL AND MEDICAL CENTER ET AL. v. OLIPHANT ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–1440. SPRIGGINS ET UX. v. FIRST NATIONAL BANK OF LEA COUNTY ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–1444. ALLEN GROUP, INC., ET AL. v. FRICKE ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–1447. CABRIOLET PORSCHE + AUDI, INC. v. AMERICAN HONDA MOTOR CO., INC. C. A. 11th Cir. Certiorari denied.

No. 85–1450. HORTON v. MILLER CHEMICAL CO., INC. C. A. 7th Cir. Certiorari denied.

No. 85–1451. HOWARD, DBA LAFAYETTE COMPONENTS v. CONTINENTAL CASUALTY CO. C. A. 7th Cir. Certiorari denied.

No. 85–1457. CATERPILLAR TRACTOR CO. v. WHEELER ET AL. Sup. Ct. Ill. Certiorari denied.

No. 85–1458. PETERSON v. KENNEDY ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1460. VESSICHIO v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 85–1462. WALLACE v. HERRON ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–1467. HOFFMAN v. DAVIDOFF EXTENSION, S. A. C. A. 11th Cir. Certiorari denied.